IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02486-RPM-BNB

SHELDON A. CHRYSLER, a citizen of the State of Colorado,

Plaintiff,

v.

LAW OFFICES OF MITCHELL N. KAY, P.C., a New York corporation,
PLAZA ASSOCIATES, a New York corporation,
WEST ASSET MANAGEMENT, a Nebraska corporation,
DIRECTV, a California corporation, and
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed Scheduling Order was refused for the reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED that the proposed Scheduling Order is REFUSED. The parties shall submit a revised proposed scheduling order, modified as discussed at the hearing this morning, on or before **April 11, 2008**.

IT IS FURTHER ORDERED that the plaintiff shall promptly cause service of process against Plaza Associates, and shall file a motion to dismiss the Law Offices of Mitchell N. Kay, P.C., if at all, on or before **April 7, 2008**.

IT IS FURTHER ORDERED that a settlement conference will be held on **May 20, 2008, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **May 13, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated March 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge