# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2486-RPM-BNB

SHELDON A. CHRYSLER, a citizen of the
State of Colorado

    Plaintiff,

v.

LAW OFFICES OF MITCHELL N. KAY, P.C., a
New York corporation, PLAZA ASSOCIATES, a
New York corporation, WEST ASSET
MANAGEMENT, a Nebraska corporation, DIRECTV,
a California corporation, and EXPERIAN
INFORMATION SOLUTIONS, INC., an Ohio
corporation,

Defendants.

---

**ORDER DISMISSING DEFENDANT WEST ASSET MANAGEMENT WITH PREJUDICE**

---

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, it is

    ORDERED that the claim of plaintiff SHELDON CHRYSLER against defendant WEST ASSET MANAGEMENT, INC. only, be dismissed with prejudice, with each party to pay his or its own attorney's fees and costs, reserving to plaintiff all his rights, claims, and causes of action against the remaining parties named as defendants in the above-captioned civil action.

    DATED: May 1st, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              UNITED STATES DISTRICT JUDGE