IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02486-RPM-BNB

SHELDON A. CHRYSLER, a Citizen of the State of Colorado,

    Plaintiff,

v.

LAW OFFICES OF MITCHELL N. KAY, P.C., a New York corporation;
DIRECTV, a California corporation; and
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,

    Defendants.

## ORDER DISMISSING CLAIM WITH PREJUDICE

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that the claim of plaintiff SHELDON CHRYSLER against defendant EXPERIAN INFORMATION SOLUTIONS, INC. only, be dismissed with prejudice, with each party to pay his or its own attorney's fees and costs, reserving to plaintiff all his rights, claims, and causes of action against the remaining parties named as defendants in the above-captioned civil action.

    Dated: May 28th, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge