IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02486-RPM-BNB

SHELDON A. CHRYSLER, a Citizen of the State of Colorado,

    Plaintiff,

v.

LAW OFFICES OF MITCHELL N. KAY, P.C., a New York corporation;
DIRECTV, a California corporation; and
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,

    Defendants.

## ORDER OF DISMISSAL

    Upon consideration of the Stipulation for Dismissal [38], filed on July 24, 2008, it is

    ORDERED that the claim of Plaintiff against Defendant DIRECTV is dismissed on its merits with prejudice, each party to pay their own attorney's fees and costs.

    Dated: July 25th, 2008

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge